IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIM O'CONNOR,

     Plaintiff,                                      No. 2:12-cv-1536 KJN

     v.

CITIMORTGAGE, INC.,

     Defendant.                          <u>ORDER</u>
_____/

         A status conference in this matter was conducted on October 25, 2012. (Dkt. No. 19.)[1]  In light of the parties' representations in their status reports and at the status conference, including the fact that both parties are amenable to have an early settlement conference conducted before the undersigned, waiving any disqualification by virtue of the trial judge acting as the settlement judge (<u>see</u> dkt. nos. 17 at 4, 18 at 5), the court finds it appropriate to defer scheduling the case and set an early settlement conference.

         As the court indicated at the status conference, the following dates are presently available for a settlement conference with the undersigned: Monday, December 3, 2012; Friday,

---

[1] All parties consented to the jurisdiction of a United States magistrate judge pursuant to 28 U.S.C. § 636(c) (dkt. nos. 6, 8), and the action was referred to the undersigned for all further proceedings and entry of final judgment. (Dkt. No. 9.)

1

December 7, 2012; Monday, December 10, 2012; and Friday, December 14, 2012 (starting at 9:00 a.m. on each day).

Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall meet and confer, and no later than November 1, 2012, file a joint statement advising the court of their chosen date for a settlement conference before the undersigned. In that joint statement, the parties shall also agree in writing to waive any conflict or disqualification by virtue of the undersigned, as the assigned trial judge, also acting as the settlement judge.

2. In addition to counsel, a client representative(s) with full settlement authority shall be personally present at the settlement conference.

3. If the action does not settle at the settlement conference, the court will issue further appropriate orders with respect to scheduling of the case.

IT IS SO ORDERED.

DATED: October 26, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE