IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIM O'CONNOR,

     Plaintiff,               No. 2:12-cv-1536 KJN

    v.

CITIMORTGAGE, INC.,

     Defendant.        ORDER

/

On October 29, 2012, the court ordered the parties to file a joint statement no later than November 1, 2012, advising the court of their chosen date for a settlement conference before the undersigned. (Dkt. No. 20.)[1] The order further provided that the joint statement shall include a written agreement or stipulation by the parties to waive any conflict or disqualification by virtue of the undersigned, as the assigned trial judge, also acting as the settlement judge. (Id.) On November 1, 2012, the parties filed a joint statement indicating that they are amenable to a January 8, 2013 settlement conference. (Dkt. No. 21.) However, the joint statement failed to include the required stipulation regarding waiver of any conflict or disqualification by virtue of

---

[1] All parties consented to the jurisdiction of a United States magistrate judge pursuant to 28 U.S.C. § 636(c) (dkt. nos. 6, 8), and the action was referred to the undersigned for all further proceedings and entry of final judgment. (Dkt. No. 9.)

1

1  the trial judge acting as the settlement judge.

2             Accordingly, IT IS HEREBY ORDERED that:

3             1.  A settlement conference is set for January 8, 2013, at 9:00 a.m., before the
4  undersigned.  In addition to counsel, a client representative(s) with full settlement authority shall
5  be <u>personally present</u> at the settlement conference.

6             2.  The parties shall submit settlement conference statements drafted in
7  conformity with Local Rule 270 no later than fourteen (14) days before the settlement
8  conference.

9             3.  Within fourteen (14) days of this order, the parties shall file a stipulation
10 regarding waiver of any conflict or disqualification by virtue of the undersigned, as the assigned
11 trial judge, also acting as the settlement judge.

12            IT IS SO ORDERED.

13 DATED:  November 2, 2012

15                              _____
                                 KENDALL J. NEWMAN
16                               UNITED STATES MAGISTRATE JUDGE