IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIM O'CONNOR,

      Plaintiff,                      No. 2:12-cv-1536 KJN

     v.

CITIMORTGAGE, INC.,

      Defendant.              ORDER

/

        On March 13, 2013, the parties filed a stipulation of dismissal of the entire action with prejudice.[1] (Dkt. No. 29.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a stipulation of dismissal signed by all parties who have appeared effectively dismisses the action without a court order.

        Nevertheless, for purposes of clarity, IT IS HEREBY ORDERED that:

        1. The action is DISMISSED WITH PREJUDICE pursuant to the parties' stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

////

---

[1] All parties consented to the jurisdiction of a United States magistrate judge pursuant to 28 U.S.C. § 636(c) (dkt. nos. 6, 8), and the action was referred to the undersigned for all further proceedings and entry of final judgment. (Dkt. No. 9.)

1

1       2. The Clerk of Court is directed to close this case.

2              IT IS SO ORDERED.

3    DATED: March 14, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE