1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TIM O'CONNOR,

11              Plaintiff,                      No. 2:12-cv-1536 KJN

12         v.

13   CITIMORTGAGE, INC.,

14              Defendant.                      ORDER
     _____/

15

16             On March 13, 2013, the parties filed a stipulation of dismissal of the entire action

17   with prejudice.[1]  (Dkt. No. 29.)  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a

18   stipulation of dismissal signed by all parties who have appeared effectively dismisses the action

19   without a court order.

20             Nevertheless, for purposes of clarity, IT IS HEREBY ORDERED that:

21             1.  The action is DISMISSED WITH PREJUDICE pursuant to the parties'

22   stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

23   ////

24   _____

25         [1]  All parties consented to the jurisdiction of a United States magistrate judge pursuant to
     28 U.S.C. § 636(c) (dkt. nos. 6, 8), and the action was referred to the undersigned for all further
26   proceedings and entry of final judgment.  (Dkt. No. 9.)

                                                   1

2.  The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

DATED:  March 14, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE